IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RODNEY RICHARDSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-cv-04172-LMM |
| THE CITY OF SOUTH FULTON, GEORGIA, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

On October 8, 2024, the undersigned conducted a frivolity review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), found that the complaint was an impermissible shotgun pleading, and allowed Plaintiff 30 days to file an amended complaint. Dkt. No. [4]. The Court provided guidance to help Plaintiff properly plead his claims and warned that failure to timely comply with the order to replead would result in dismissal of the action. Id.

Nearly six weeks have passed without any response from Plaintiff. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** under § 1915(e)(2) and under Rule 41.3(A)(2) of the Local Rules of this Court due to

2

Plaintiff's failure to comply with a lawful order of the Court. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 20th day of November, 2024.

**Leigh Martin May**
**United States District Judge**